UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SHERRY G. LOUIS and CUTHBERT LOUIS,

                Plaintiffs,

-against-

METROPOLITAN TRANSPORTATION AUTHORITY
METROPOLITAN TRANSPORTATION AUTHORITY
POLICE DEPARTMENT, MTAPD SERGEANT TYRONE
SANTOS, MTAPD OFFICER SKY MICHAELS and
MTAPD OFFICER JAMES DINNIGAN,

                Defendants.
------------------------------------------------------------------------X

Docket No.: 12-cv-06270
(AMD) (CLP)

**NOTICE OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties to the above-captioned action, that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and upon an agreement of settlement between said parties, that the instant matter be discontinued.

Dated: New York, New York
        January 25, 2018

/s/
_____

**ELEFTERAKIS, ELEFTERAKIS & PANEK**
*Attorneys for Plaintiff*
80 Pine Street, 38th Floor
New York, New York 10005
(212) 532-1116

/s/
_____

**STEVEN S. EFRON, Esq.**
*Attorneys for Defendants*
237 West 35th Street – Suite 1502
New York, New York 10007
(212) 867-1067